United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HUBER G.B.,<br>"Petitioner,"<br><br>v.<br><br>JOSE GARCIA LONGORIA, *et al*.,<br>*in their official capacities,*<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00590 |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 4) ("R&R"), and "Petitioner's Written Objection to the Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 5) ("Objection").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1) and (2) direct the Clerk of Court to close the case. Dkt. No 4 at 2.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objection (Dkt. No. 5) and **ADOPTS** the R&R (Dkt. No. 4).

Accordingly, the Petition (Dkt. No. 1) is hereby **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SIGNED this August 21, 2026

Rolando Olvera
United States District Judge